**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

Telephone 212-349-0230

**By ECF**

July 8, 2024

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:   <u>U.S. v. Ilario Contreras</u>
                S1 24 Cr. 231 (KMK)

Dear Judge Karas,

      Bruce D. Koffsky and I are counsel for Mr. Ilario Contreras. We respectfully request to be retroactively bound by the terms of the revised proposed protective order (Doc. 61) instead of the current Protective Order (Doc. 50). We agree that the revised proposed protective order covers all discovery productions made to date.

      I have been advised by Assistant United States Attorney Jared Hoffman that the Government consents to this request.

So Ordered.
[signature]
7/8/24

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel
Bruce D. Koffsky

cc:   All counsel of record by ECF