

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 13, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    ***United States v. Rivera, et al.*, S7 24 Cr. 231 (KMK)**

Dear Judge Karas:

    The Government writes respectfully to inform the Court that the Department of Justice has authorized this Office not to seek the death penalty against defendants Nazario Rolon and Iberson Jimenez, a/k/a "Prenda." Accordingly, as to each defendant in this case, the Government is authorized not to seek the death penalty.

               Respectfully submitted,

               EDWARD Y. KIM
               Acting United States Attorney for the
               Southern District of New York

            By: /s/ Jared D. Hoffman_____
               Jared D. Hoffman
               Justin L. Brooke
               Assistant United States Attorneys
               Tel: (212) 637-1060 / (914) 993-1918

cc:    Counsel of Record (via ECF)