**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                       Telephone 212-349-0230

**By ECF**

March 31, 2025

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

       Re: U.S. v. Ilario Contreras
         S1 24 Cr. 231 (KMK)

Dear Judge Karas,

  Bruce D. Koffsky and I are counsel for Mr. Ilario Contreras. Mr. Contreras is currently scheduled to be sentences on May 22, 2025. There is a great deal of work to prepare for Mr. Contreras' sentencing. To properly prepare for this sentencing, we respectfully request a 90 day adjournment from the May 22nd date to a date convenient to Your Honor in approximately late August or early September.

  Assistant United States Attorney Jared Hoffman has informed me that the Government consents to this request.

Granted.                                             Respectfully submitted,

Sentence is adjourned to 9/ 9 /25,
at 11:00

              /s/Andrew Patel
So Ordered                                           Andrew G. Patel
              Bruce D. Koffsky
3/31/25

cc: All counsel of record by ECF