LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

April 4, 2025

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **Re:    United States v. Ilario Contreras**
> **Case No.: S1 24 Cr. 231 (KMK)**

Dear Judge Karas:

Attorney Andrew Patel and I represent defendant Ilario Contreras. Attorney Patel moved to adjourn sentencing by way of a letter motion to Your Honor on March 31, 2025. Your Honor granted Mr. Patel's request and rescheduled sentencing for September 9, 2026. We now come before the Court to respectfully request that all other sentencing-related deadlines be extended for 90 days, nunc pro tunc.

Assistant United States Attorney Jared Hoffman has informed me that the Government consents to this request.

Granted, but for the record, the
sentence was adjourned to September
9, 2025.

Respectfully submitted,

*/s/ Bruce D. Koffsky*

So Ordered

4/4/25

BDK/dgb

cc: Government Counsel via ECF Notice