

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

July 24, 2025

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *United States v. Ryan Rivera, et al.*, No. 24 Cr. 231 (KMK)

Dear Judge Karas:

The Government respectfully writes to update the Court and request that the status conference in this case, currently set for July 29, 2025, be rescheduled to a date approximately 30 days later, at the Court's convenience. As the Government reported at the July 1, 2025 status conference, the capital review process as to defendant Moises Encarnacion is underway, and that process remains pending at this time. The Government does not anticipate having an update as to that process by the July 29 conference. Accordingly, the Government requests that the Court reschedule the status conference to approximately 30 days later, at the Court's convenience. The Government also requests that the Court order the exclusion of time under 18 U.S.C. § 3161(h)(7)(A) to the date of the rescheduled status conference, which will allow the parties to continue to review evidence, evaluate potential motions, and otherwise engage in adequate trial preparation. The Government submits that the interests of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial. The Government has consulted with counsel for each of the defendants, all of whom consent to the rescheduling of the status conference and the requested exclusion of time.

Granted. The 7/29/25 conference is adjourned to 9/15/25, at 10:00. Time is excluded until then, in the interests of justice, to allow for the Capital review process to be completed and to allow counsel to review the discovery in this case. The interests of justice from this exclusion outweigh the public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
7/24/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Justin L. Brooke
Jared D. Hoffman
Assistant United States Attorneys
(914) 993-1918 / (212) 637-1060

CC:   Counsel of record (by ECF)