**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com _____ **Telephone 212-349-0230**

**By ECF**

March 2, 2026

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re:    U.S. v. Ilario Contreras
>        24 Cr. 231 (KMK)

Dear Judge Karas,

On behalf of Mr. Contrares, we respectfully request that we be permitted to join the objection to the Government's proposed restitution Order filed by counsel for Nazario Rolon.   Doc. No. 189.

Respectfully submitted,

So Ordered

3/2/26

/s/Andrew Patel
Andrew G. Patel
Bruce D. Koffsky

cc:    All counsel of record by ECF